**Order entered July 13, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00038-CR

**GEOFFREY ROSS RIMES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80654-2020**

### ORDER

Before the Court is appellant's July 9, 2021 fourth motion to extend the time to file appellant's brief. We **GRANT** the motion and extend the time to file appellant's brief until **August 9, 2021**. If appellant's brief is not filed by August 9, 2021, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     LANA MYERS
JUSTICE